Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-467-052

**Effective Date of Registration:**
May 16, 2025
**Registration Decision Date:**
November 24, 2025

## Title

**Title of Work:** Garden of Shrooms 2020

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** May 10, 2017
**Nation of 1st Publication:** Australia

## Author

- **Author:** Daniel John Watts
  **Author Created:** 2-D artwork
  **Citizen of:** Australia

## Copyright Claimant

**Copyright Claimant:** Daniel John Watts
22 Jarrah Avenue, Bradbury, 2560, Australia

## Rights and Permissions

**Name:** Daniel John Watts
**Email:** visionarysea@gmail.com
**Address:** 22 Jarrah Avenue
Bradbury 2560 Australia

## Certification

**Name:** David Denholm
**Date:** May 16, 2025
**Applicant's Tracking Number:** DW2025051404

**Correspondence:**   Yes



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-467-093

**Effective Date of Registration:**
May 16, 2025
**Registration Decision Date:**
November 24, 2025

---

## Title

**Title of Work:** Cluster of Colored Shrooms

## Completion/Publication

**Year of Completion:** 2015
**Date of 1st Publication:** July 28, 2015
**Nation of 1st Publication:** Australia

## Author

- **Author:** Daniel John Watts
  **Author Created:** 2-D artwork
  **Citizen of:** Australia

## Copyright Claimant

**Copyright Claimant:** Daniel John Watts
22 Jarrah Avenue, Bradbury, 2560, Australia

## Rights and Permissions

**Name:** Daniel John Watts
**Email:** visionarysea@gmail.com
**Address:** 22 Jarrah Avenue
Bradbury 2560 Australia

## Certification

**Name:** David Denholm
**Date:** May 16, 2025
**Applicant's Tracking Number:** DW2025051403

**Correspondence:** Yes



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

## VA 2-454-232

**Effective Date of Registration:**
May 22, 2025
**Registration Decision Date:**
July 25, 2025

## Title

**Title of Work:** Wheel of the Zodiac & Major Arcana of Tarot

## Completion/Publication

**Year of Completion:** 2018
**Date of 1st Publication:** July 09, 2019
**Nation of 1st Publication:** Australia

## Author

**Author:** Daniel John Watts
**Author Created:** 2-D artwork
**Citizen of:** Australia

## Copyright Claimant

**Copyright Claimant:** Daniel John Watts
22 Jarrah Avenue, Bradbury, 2560, Australia

## Limitation of copyright claim

**Material excluded from this claim:** The Major Arcana of Rider-Waite Tarot Deck

**New material included in claim:** the original arrangement and composition, as well as the creative elements such as the sun and moon, zodiac artworks, stars, and background design

## Rights and Permissions

**Name:** Daniel John Watts
**Email:** visionarysea@gmail.com
**Address:** 22 Jarrah Avenue
Bradbury 2560 Australia

## Certification

**Name:** David Denholm
**Date:** May 22, 2025
**Applicant's Tracking Number:** DW2025051409



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-467-595

**Effective Date of Registration:**
May 16, 2025
**Registration Decision Date:**
November 24, 2025

## Title

**Title of Work:** Canyon | Navajo

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** January 09, 2018
**Nation of 1st Publication:** Australia

## Author

- **Author:** Daniel John Watts
  **Author Created:** 2-D artwork
  **Citizen of:** Australia

## Copyright Claimant

**Copyright Claimant:** Daniel John Watts
22 Jarrah Avenue, Bradbury, 2560, Australia

## Rights and Permissions

**Name:** Daniel John Watts
**Email:** visionarysea@gmail.com
**Address:** 22 Jarrah Avenue
Bradbury 2560 Australia

## Certification

**Name:** David Denholm
**Date:** May 16, 2025
**Applicant's Tracking Number:** DW2025051402

**Correspondence:**    Yes



# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

## VA 2-467-095

**Effective Date of Registration:**
May 16, 2025
**Registration Decision Date:**
November 24, 2025

---

## Title

| | |
|---|---|
| **Title of Work:** | Papa Shroom |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2014 |
| **Date of 1st Publication:** | December 09, 2014 |
| **Nation of 1ˢᵗ Publication:** | Australia |

## Author

| | |
|---|---|
| • **Author:** | Daniel John Watts |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | Australia |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Daniel John Watts |
| | 22 Jarrah Avenue, Bradbury, 2560, Australia |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Daniel John Watts |
| **Email:** | visionarysea@gmail.com |
| **Address:** | 22 Jarrah Avenue |
| | Bradbury 2560 Australia |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | May 16, 2025 |
| **Applicant's Tracking Number:** | DW2025051405 |

**Correspondence:**   Yes



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-456-491

**Effective Date of Registration:**
May 16, 2025
**Registration Decision Date:**
August 07, 2025

---

## Title

**Title of Work:** Bohemian Wonderland

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** August 30, 2017
**Nation of 1ˢᵗ Publication:** Australia

## Author

- **Author:** Daniel John Watts
**Author Created:** 2-D artwork
**Citizen of:** Australia

## Copyright Claimant

**Copyright Claimant:** Daniel John Watts
22 Jarrah Avenue, Bradbury, 2560, Australia

## Rights and Permissions

**Name:** Daniel John Watts
**Email:** visionarysea@gmail.com
**Address:** 22 Jarrah Avenue
Bradbury 2560 Australia

## Certification

**Name:** David Denholm
**Date:** May 16, 2025
**Applicant's Tracking Number:** DW2025051401

**Correspondence:**   Yes



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-467-051

**Effective Date of Registration:**
May 16, 2025
**Registration Decision Date:**
November 24, 2025

## Title

**Title of Work:** Shamanic Shroom

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** February 08, 2017
**Nation of 1st Publication:** Australia

## Author

- **Author:** Daniel John Watts
  **Author Created:** 2-D artwork
  **Citizen of:** Australia

## Copyright Claimant

**Copyright Claimant:** Daniel John Watts
22 Jarrah Avenue, Bradbury, 2560, Australia

## Rights and Permissions

**Name:** Daniel John Watts
**Email:** visionarysea@gmail.com
**Address:** 22 Jarrah Avenue
Bradbury 2560 Australia

## Certification

**Name:** David Denholm
**Date:** May 16, 2025
**Applicant's Tracking Number:** DW2025051406

**Correspondence:**   Yes

