IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

DANIEL JOHN WATTS,

    Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

Case No.: 1:26-cv-00595

Judge Georgia N. Alexakis
Magistrate Judge Heather K. McShain

**AMENDED SCHEDULE A TO COMPLAINT**

| No. | Defendants |
|-----|------------|
| 1   | FanYuBao   |

1